UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHRYN RUNYAN,   Case No. 08-12091

    Plaintiff,   DISTRICT JUDGE
ARTHUR J. TARNOW

v.

COMMISSIONER OF SOCIAL   MAGISTRATE JUDGE
SECURITY,   VIRGINIA MORGAN

    Defendant.
_____/

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [16],
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [14],
AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [15]**

On January 8, 2009, Magistrate Judge Morgan issued a Report and Recommendation [16] recommending that Defendant's Motion for Summary Judgment [15] be granted, and that Plaintiff's Motion for Summary Judgment [14] be denied. The Court has reviewed the record in this case. No objections were filed.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [14] is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [15] is **GRANTED.**

    **SO ORDERED.**


                                S/ARTHUR J. TARNOW
                                Arthur J. Tarnow
                                United States District Judge

Dated: March 2, 2009

08-12091

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 2, 2009, by electronic and/or ordinary mail.

                    S/THERESA E. TAYLOR
                    Case Manager